**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Flordeliza Mikesell<br>Bernardo Mikesell | CHAPTER 13 |
| Debtor(s) | BKY. NO. 19-14891 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Onslow Bay Financial LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ Mark A. Cronin
Mark Cronin
08 Jan 2024, 16:45:41, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322