## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  **Bernardo Mikesell** | : | Chapter 13 |
| **Flordeliza Mikesell** | : | |
| **Debtors** | : | |
| **Onslow Bay Financial LLC** | : | |
| Movant | : | Bankruptcy Case Number |
| | : | 19-14891 MDC |
| v. | : | |
| **Bernardo Mikesell** | : | |
| **Flordeliza Mikesell** | : | |
| Respondents/Debtors | : | |
| And | : | |
| **Kenneth E West, Esquire** | : | |
| Trustee | : | |

### CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the Motion of Onslow Bay Financial was sent this 27th day of February 2024 via electronic notification and/or United States, First Class Mail, postage prepaid to all secured and priority creditors (if any) at the address listed in the claims register:

**Movant's Counsel**
Michelle L. McGowan, Esquire


**Trustee:**
Kenneth E West, Esquire
Chapter 13 Standing Trustee

            \s\ Michael Schwartz_____
            **MICHAEL SCHWARTZ, ESQUIRE**
            Attorney for Debtors