**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**IN RE:**  **CASE NO.: 19-14891-mdc**
**Bernardo Mikesell**  **CHAPTER 13**

    **Debtor**

**Flordeliza Mikesell**

    **Joint Debtor,**

---

### PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

    **PLEASE TAKE NOTICE THAT**, on behalf of **Onslow Bay Financial LLC** ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief From Automatic Stay (Doc.: DOC # 46), filed on February 15, 2024.**

    By: /s/ Michelle L. McGowan
        Michelle L. McGowan, Esq.
        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
        PA I.D 62414
        13010 Morris Rd, Suite 450
        Alpharetta, GA 30004
        Telephone: 470-321-7113
        Email: mimcgowan@raslg.com
        Attorney for Movant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **March 8, 2024** I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Flordeliza Mikesell**
1875 Lippincott Road
Huntingdon Valley, PA 19006

**MICHAEL SETH SCHWARTZ**
Law Office of Michael Schwartz
707 Lakeside Office Park
Southampton, PA 18966

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**United States Trustee**
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

By: /s/ Michelle L. McGowan
Michelle L. McGowan, Esq.

19-14891-mdc
23-158958
MFR