Certificate Number: 15317-PAE-DE-038788673

Bankruptcy Case Number: 19-14891



15317-PAE-DE-038788673

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 20, 2024</u>, at <u>11:15</u> o'clock <u>PM PDT</u>, <u>Bernardo V Mikesell</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 20, 2024</u>          By:    <u>/s/Carlo Gollayan</u>

                                           Name:  <u>Carlo Gollayan</u>

                                           Title:   <u>Counselor</u>