Certificate Number: 15317-PAE-DE-038788674

Bankruptcy Case Number: 19-14891



15317-PAE-DE-038788674

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 20, 2024, at 11:15 o'clock PM PDT, Flordeliza L Mikesell completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 20, 2024               By:    /s/Carlo Gollayan

                                     Name:  Carlo Gollayan

                                     Title: Counselor