United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14891-amc |
| Bernardo Mikesell | Chapter 13 |
| Flordeliza Mikesell | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 19, 2024 | Form ID: 138OBJ | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bernardo Mikesell, Flordeliza Mikesell, 1875 Lippincott Road, Huntingdon Valley, PA 19006-7924 |
| 14367999 | + | 1st Crd Srvc, 377 Hoes Lane, Piscataway, NJ 08854-4138 |
| 14368012 | | Citibank South Dakota, 701 E 6th Street N, Sioux Falls, SD 57117 |
| 14368023 | + | Global Credit and Collection, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14368024 | + | Holy Redeemer Hospital, PO Box 781728, Philadelphia, PA 19178-1728 |
| 14368026 | + | JL Teamworks, 651 N. Cherokee Lane, Suite B2, Lodi, CA 95240-4267 |
| 14368027 | + | KeyMed Data Services, PO Box 102607, Atlanta, GA 30368-2607 |
| 14368028 | + | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 14845157 | + | Onslow Bay Financial LLC, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14372754 | + | Pingora Loan Servicing, c/o Thomas Song,Esq., 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14560316 | + | Pingora Loan Servicing, LLC, c/o Daniel P. Jones, Esq, 1581 Main Street, Ste 200, Warrington, PA 18976-3403 |
| 14560044 | + | Pingora Loan Servicing, LLC, c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14372158 | | Pingora Loan Servicing, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14400608 | + | Pingora Loan Servicing, LLC, Cenlar FSB, BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14368035 | + | Provident Cu, Po Box 8007, Redwood City, CA 94063-0907 |
| 14368036 | + | Scott Best, Esquire, 170 S. Independence Mall W Suite 874, Philadelphia, PA 19106-3323 |
| 14368040 | + | Urology Health Specialists, PO Box 1870, Cary, NC 27512-1870 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 19 2024 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14368001 | ^ | MEBN | Sep 19 2024 23:55:28 | American Coradius International llc, 2420 Sweet Home Road, Suite 150, Amherst, NY 14228-2244 |
| 14390031 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2024 00:06:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14368002 | + | Email/PDF: bncnotices@becket-lee.com | Sep 20 2024 00:07:37 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14368003 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 19 2024 23:58:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14368009 | | Email/Text: correspondence@credit-control.com | | |

| | | | |
|---|---|---|---|
| | | Sep 19 2024 23:58:00 | Central Loan Admin & R, 425 Phillips Bv, Ewing, NJ 08618 |
| 14368004 | + Email/Text: bankruptcy@cavps.com | Sep 19 2024 23:59:00 | Calvary SPV, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14368005 | Email/Text: cms-bk@cms-collect.com | Sep 19 2024 23:58:00 | Capital Management Services, 698 1/2 S. Ogden Street, Buffalo, NY 14206-2317 |
| 14368006 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 00:07:26 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14369422 | + Email/Text: bankruptcy@cavps.com | Sep 19 2024 23:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14368007 | ^ MEBN | Sep 19 2024 23:54:52 | Cawley and Bergmann, 117 Kinderkamack Road, Suite 201, River Edge, NJ 07661-1916 |
| 14368008 | ^ MEBN | Sep 19 2024 23:55:12 | Cba Collection Bureau, Po Box 5013, Hayward, CA 94540-5013 |
| 14368011 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:07:41 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14368013 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:07:11 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14368014 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:19:14 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14368015 | + Email/Text: mediamanagers@clientservices.com | Sep 19 2024 23:57:00 | Client Servces, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14368016 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 23:58:00 | Comenity Capital Bank/ Paypal, PO Box 5138, Timonium, MD 21094-5138 |
| 14368017 | + Email/Text: bncnotifications@pheaa.org | Sep 19 2024 23:58:00 | Cornerstone/AES, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14368042 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:06:38 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14402249 | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 23:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14374059 | Email/Text: mrdiscen@discover.com | Sep 19 2024 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14368018 | + Email/Text: mrdiscen@discover.com | Sep 19 2024 23:57:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14368020 | + Email/Text: bknotice@ercbpo.com | Sep 19 2024 23:59:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 14368021 | Email/Text: data_processing@fin-rec.com | Sep 19 2024 23:58:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 14368022 | ^ MEBN | Sep 19 2024 23:55:13 | Gatestone & Co. International, 1000 N. West Street, Suite 1200, Wilmington, DE 19801-1058 |
| 14368025 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2024 23:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14368010 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2024 00:06:05 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14380498 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 19 2024 23:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14373570 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 00:07:10 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recipient | | Notice | Sent | Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14368029 | ^ | MEBN | Sep 19 2024 23:55:16 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14393153 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2024 23:59:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14368032 | ^ | MEBN | Sep 19 2024 23:55:13 | NCB Management Services Inc, Po Box 1099, Langhorne, PA 19047-6099 |
| 14599455 | + | Email/Text: amps@manleydeas.com | Sep 19 2024 23:58:00 | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Sarah E. Barngrover, Esq., PO Box 165028, Columbus, OH 43216-5028 |
| 14599311 | | Email/Text: amps@manleydeas.com | Sep 19 2024 23:58:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14623610 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 23:58:00 | Nationstar Mortgage, LLC, d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14368031 | + | Email/PDF: pa_dc_claims@navient.com | Sep 20 2024 00:07:29 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14368033 | + | Email/Text: ngisupport@radiusgs.com | Sep 19 2024 23:58:00 | Northland Group Inc., PO Box 390905, Minneapolis, MN 55439-0905 |
| 14368034 | ^ | MEBN | Sep 19 2024 23:55:23 | Northstar Location Services, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 14828439 | + | Email/Text: RASEBN@raslg.com | Sep 19 2024 23:58:00 | Onslow Bay Financial LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14845075 | ^ | MEBN | Sep 19 2024 23:55:33 | Onslow Bay Financial LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14828906 | + | Email/Text: RASEBN@raslg.com | Sep 19 2024 23:58:00 | Onslow Bay Financial LLC, c/o Michelle L. McGowan, Esq., 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14400098 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2024 00:20:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14399932 | | Email/Text: ebn_bkrt_forms@salliemae.com | Sep 19 2024 23:59:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14368037 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2024 00:07:34 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14368038 | | Email/Text: bankruptcy@unifund.com | Sep 19 2024 23:58:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14368019 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 19 2024 23:59:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 14378893 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 19 2024 23:59:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 14368041 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 19 2024 23:59:00 | US Bank/Rms CC, Card Member Services, Po Box 108, St Louis, MO 63166 |
| 14368039 | + | Email/Text: BAN5620@UCBINC.COM | Sep 19 2024 23:58:00 | United Collection Bureau, 5620 South Wych Blvd, Suite 206, Toledo, OH 43614-1501 |
| 14368000 | + | Email/Text: bnc@alltran.com | Sep 19 2024 23:58:00 | alltran Financial LP, PO Box 722929, Houston, TX 77272-2929 |

TOTAL: 51

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14390033 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14390034 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14382435 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14382436 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14368030 | ##+ | Nationwide Credit Inc, PO box 14581, Des Moines, IA 50306-3581 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

**Name** | **Email Address**

ADAM BRADLEY HALL
on behalf of Creditor Pingora Loan Servicing  LLC amps@manleydeas.com

DANIEL P. JONES
on behalf of Creditor Pingora Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
on behalf of Creditor Onslow Bay Financial LLC bkgroup@kmllawgroup.com

JEROME B. BLANK
on behalf of Creditor Pingora Loan Servicing  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
on behalf of Creditor Pingora Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL SETH SCHWARTZ
on behalf of Debtor Bernardo Mikesell msbankruptcy@gmail.com  schwartzmr87357@notify.bestcase.com

MICHAEL SETH SCHWARTZ
on behalf of Joint Debtor Flordeliza Mikesell msbankruptcy@gmail.com  schwartzmr87357@notify.bestcase.com

MICHELLE L. MCGOWAN
on behalf of Creditor Onslow Bay Financial LLC mimcgowan@raslg.com

SARAH ELISABETH BARNGROVER
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper sarah.barngrover@beckshybrids.com

THOMAS SONG
on behalf of Creditor Pingora Loan Servicing  LLC tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2                           User: admin                                    Page 5 of 5
Date Rcvd: Sep 19, 2024                        Form ID: 138OBJ                                Total Noticed: 68

TOTAL: 12

*Form 138OBJ* (6/24)−doc 58 − 56

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Bernardo Mikesell ) Case No. 19−14891−amc
)
)
   Flordeliza Mikesell ) Chapter: 13
)
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                Eastern District of Pennsylvania
                900 Market Street
                Suite 400
                Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 19, 2024                                                                             For The Court

                                                                                                     Timothy B. McGrath
                                                                                                      Clerk of Court